UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SHIVA STEIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 16-CV-2487-KPF |
| -against- | : | |
| | : | **PLAINTIFF'S NOTICE** |
| JOHN R. FRIEDERY, WILLIAM C. RUSNACK, | : | **OF MOTION FOR** |
| LYNN L. ELSENHANS, JOE E. HARLAN, DAVID E. | : | **EXPEDITED** |
| ROBERTS, MARK A. BLINN, LEIF E. DARNER, | : | **PRELIMINARY** |
| GAYLA J. DELLY, ROGER L. FIX, RICK J. MILLS, | : | **APPROVAL** |
| CHARLES M. RAMPACEK, and FLOWSERVE | : | **OF SETTLEMENT,** |
| CORPORATION, | : | **APPROVAL OF NOTICE,** |
| | : | **AND SCHEDULING OF** |
| | : | **FINAL APPROVAL** |
| Defendants. | : | **HEARING** |
| | : | |

---

**BARRACK, RODOS & BACINE**
A. Arnold Gershon
Michael A. Toomey
Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY 10036
Telephone: (212) 688-0782
Facsimile: (212) 688-0783

**BARRACK, RODOS & BACINE**
Daniel E. Bacine
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

**PLEASE TAKE NOTICE** that Plaintiff, Shiva Stein, respectfully moves for: (i) preliminary approval of the settlement reached with all Defendants; (ii) approval of the form and substance of the proposed forms of Notice and directing that notice be given to the shareholders of Flowserve Corporation; (iii) scheduling a hearing on or about February 9, 2017, at which final approval of the Settlement and an award of attorneys' fees and litigation expenses to Plaintiff's Counsel may be considered; and (iv) such additional or different relief as the interests of law, justice or equity may require.

**PLEASE TAKE FURTHER NOTICE** that the relief contemplated by this settlement includes material disclosures that Flowserve Corporation has agreed to include in its proxy statement for the 2017 annual meeting of its shareholders and that in the last ten years Flowserve has furnished its annual meeting proxy statement between April 1st and April 13th. Accordingly, Plaintiff respectfully requests that the Court expedite its decision on the instant motion so that Flowserve can give notice of the hearing for final approval on or before December 8, 2016.

Plaintiff is contemporaneously filing a memorandum of law and the declaration of A. Arnold Gershon with exhibits, in support of this motion. A proposed order granting final approval of the proposed settlement and Plan of Allocation is submitted herewith.

Dated: New York, New York
November 23, 2016

                                            **BARRACK, RODOS & BACINE**

                                            By: /s/ A. Arnold Gershon
                                            A. Arnold Gershon
                                            Michael A. Toomey
                                            425 Park Avenue, 31st Floor
                                            New York, NY 10022
                                            Telephone: (212) 688-0782
                                            Facsimile: (212) 688-0783

Daniel E. Bacine
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

*Attorneys for Plaintiff*