UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHIVA STEN, | : | CIVIL ACTION NO. |
| | : | 16-CV-2487-KPF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN R. FRIEDERY, WILLIAM C. RUSNACK, | : | **DECLARATION OF** |
| LYNN L. ELSENHANS, JOE E. HARLAN, | : | **ALEXANDER ARNOLD** |
| DAVID E. ROBERTS, MARK A. BLINN, LEIF | : | **GERSHON IN SUPPORT** |
| E. DARNER, GAYLA J. DELLY, ROGER L. FIX, | : | **OF SETTLEMENT AND** |
| RICK J. MILLS, CHARLES M. RAMPACEK, | : | **AWARD OF FEES AND** |
| FLOWSERVE CORPORATION, | : | **EXPENSES** |
| | : | |
| Defendants. | : | |

I, ALEXANDER ARNOLD GERSHON, hereby declare under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am a member of the bar of New York and an inactive member of the bar of Georgia and a partner in the firm of Barrack, Rodos & Bacine. We are counsel for the Plaintiff in this action.

2. I make this declaration in support of the parties' application to settle this case and for Plaintiff's application for an award of attorneys' fees and expenses.

3. Attached hereto as Exhibit 1 is a true and correct copy of a relevant excerpts from the Flowserve Corporation 2015 proxy statement. The full version of this document is available on the Flowserve website at http://ir.flowserve.com/phoenix.zhtml?c=79032&p=irol-sec#sec.

4. Attached hereto as Exhibit 2 is a true and correct copy of relevants excerpt from the Flowserve 2016 proxy statement. The full version of this document is available on the Flowserve website at http://ir.flowserve.com/phoenix.zhtml?c=79032&p=irol-sec#sec.

2

5. Attached hereto as Exhibit 3 is a true and correct copy of the contemporaneously-recorded expenses Plaintiff's counsel has accrued as a result of litigating this action.

6. Attached hereto as Exhibit 4 is a true and correct copy of the contemporaneously-recorded attorney's time and current hourly rates that Plaintiff's counsel has worked on this litigation.

7. Attached hereto as Exhibit 5 is a worksheet calculating the benefit provided by this Settlement.

8. Attached hereto as Exhibit 6 is the firm biography for Barrack, Rodos & Bacine.

Dated: New York, New York
       January 12, 2017

                                                    /s/  A. Arnold Gershon
                                                  Alexander Arnold Gershon