# EXHIBIT 4

# Flowserve Corporation Derivative Litigation

## Time Report
## BARRACK, RODOS & BACINE

|  | Total Hours | Hourly Rates | Lodestar |
|---|---:|---:|---:|
| **Attorneys** | | | |
| Alexander Arnold. Gershon | 308.50 | $770.00 | $237,545.00 |
| Jeffrey W. Golan | 7.25 | $770.00 | $5,582.50 |
| William J. Ban | 0.75 | $660.00 | $495.00 |
| Michael A. Toomey | 72.00 | $440.00 | $31,680.00 |
| | | | |
| **Grand Totals:** | **388.50** | | **$275,302.50** |